**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:20-CR- |
| | § | 00370-SDJ-AGD |
| TAYMN ARYE COLLINS (3) | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. With Defendant having waived allocution before the Court as well as her right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of  nine (9) months, with a twenty-two (22) month term of supervised release to follow.

It is further **ORDERED** that the following Special Condition be imposed: Defendant must reside in a Residential Reentry Center or similar facility, in a prerelease component

for a period of 180 days to commence immediately. Defendant must abide by the rules and regulations of the center. Should Defendant obtain a residence approved by the Probation Officer during the 180-day placement, Defendant shall be released.

All prior conditions imposed in the original judgment are reimposed here.

It is further **ORDERED** that the Government's motion to dismiss allegations 1–2 and 4–7 of the Petition is **GRANTED**.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in Houston, Texas, if appropriate.

**So ORDERED and SIGNED this 23rd day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE